AO 245D (Rev. 12/03)  Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Southern District of Ohio at Columbus

UNITED STATES OF AMERICA

v.

**JAMES THOMAS MCBRIDE**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:      **2:02-CR-60**

USM Number:

JENNIFER CORDLE, AS STAND BY COUNSEL
_____
Defendant's Attorney

## THE DEFENDANT:

[ ]      admitted guilt to violation of condition(s) ___ of the term of supervision.

[✔]      was found in violation of condition(s) 1 MANDATORY CONDITION, 4 STANDARD CONDITIONS AND 1 SPECIAL CONDITION after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See next page. | | |

     The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]      The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

     IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **0781**

Defendant's Date of Birth:    **1954**

Defendant's Residence Address:
**In Custody**

Defendant's Mailing Address:

June 16, 2010
_____
Date of Imposition of Sentence

*s/George C. Smith*
_____
Signature of Judicial Officer

**GEORGE C. SMITH**, United States Senior District Judge
_____
Name & Title of Judicial Officer

June 16, 2010
_____
Date

AO 245 D (Rev. 06/05) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 2:02-CR-60 | Judgment - Page 2 of 3 |
| DEFENDANT: | JAMES THOMAS MCBRIDE | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | Defendant issued fraudulent checks | 05/27/09 |
| #2 | The defendant failed to report to the USPO as requested | 03/12/10 |
| #3 | Defendant failed to answer all inquiries by the USPO | 01/05/09 |
| #6 & #10 | Defendant failed to notify the USPO of any change of residence or employment or permit the USPO access to his home and place of employment | 05/24/10 |
| Special | Defendant has failed to make payments towards his special assessment and fine since his release from custody | |

AO 245B (Rev. 06/05)  Sheet 2 - Imprisonment

CASE NUMBER:          2:02-CR-60                                    Judgment - Page 3  of  3
DEFENDANT:            JAMES THOMAS MCBRIDE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  18 months .

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before 2:00 p.m. on _____.
         [ ] as notified by the United States Marshal but no sooner than
         [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____


Defendant delivered on_____  to  _____


at _____ , with a certified copy of this judgment.


                                        _____
                                        UNITED STATES MARSHAL


                                 By  _____
                                        Deputy U.S.  Marshal